# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| STEVEN MOORE, | : | No. 422 MAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| WORKERS' COMPENSATION APPEAL BOARD (SUNOCO, INC. (R&M)), | : | |
| Respondent | : | |
| STEVEN MOORE | : | No. 444 MAL 2018 |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| WORKERS' COMPENSATION APPEAL BOARD (SUNOCO, INC. (R&M)) | : | |
| CROSS PETITION OF: SUNOCO, INC. (R&M) | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.